IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 22-10292-E

---

JOSHUA DUNN, et al.,

                                                                                                         Plaintiffs,

EDWARD BRAGGS,
on behalf of himself and all others similarly situated,
TEDRICK BROOKS,
on behalf of himself and all others similarly situated,
GARY LEE BROYLES,
on behalf of himself and all others similarly situated
et al.,

                                                            Plaintiffs-Appellees-
Cross Appellants,

versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
DEPUTY COMMISSIONER, OFFICE OF HEALTH SERVICES,
ALABAMA DEPARTMENT OF CORRECTIONS,

                                                          Defendants-Appellants-
Cross Appellees,

ASSOCIATE COMMISSIONER OF HEALTH SERVICES FOR THE
ALABAMA DEPARTMENT OF CORRECTIONS, et al.,

                                                                           Defendants.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

Before: JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

BY THE COURT:

    After applying the standard set forth in *Nken v. Holder*, 556 U.S. 418, 434 (2009), we LIFT the stay temporarily granted by this Court on March 4, 2022, and we DENY Appellants' "Motion to Stay Injunction Pending Appeal."[1]

---

[1] Applying the *Nken* factors, Judge Luck would grant the Commissioner's "Motion to Stay Injunction Pending Appeal."