# UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

―――――――

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Room 13-104<br>Jacksonville, Florida 32202<br>(904) 301-5665 | HEARING LOCATION<br><br>Gerald B. Tjoflat Courtroom, 13th Floor<br>United States Courthouse<br>300 North Hogan Street<br>JACKSONVILLE, FLORIDA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

―――――――

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed thirty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, MARCH 5, 2024

| | |
|---|---|
| 22-13569 | United States v. Marion O'Steen, Appellant |
| 21-11252 | United States v. John Armstrong, Jr., Appellant |
| 22-12354 | Aileen Mullin, Appellant v. Secretary, U.S. Department of Veterans Affairs |
| 22-12878 | Kenite Webb v. City of Venice, Florida, Appellant |

### WEDNESDAY, MARCH 6, 2024

| | |
|---|---|
| 23-10272 | United States v. Gretchen Buselli, Appellant |
| 22-12798 | United States v. Andrew Butler, III, Appellant |
| 22-11302 | Steven Ludwig, Appellant v. DB USA Core Corporation |
| 22-12400 | Jackie Milazzo, Jr., Appellant v. The First Liberty Insurance Corporation, et al. |

### THURSDAY, MARCH 7, 2024

| | |
|---|---|
| 22-12013 | United States v. B'Quan Ferguson, Appellant |
| 23-10600 | Brent Berry, et al., Appellants v. Native American Services Corporation, et al. |
| 22-10292 | Edward Braggs, Appellees/Cross Appellants v. Commissioner, Alabama Department of Corrections, Appellants/Cross Appellees |
| 22-13338 | VFS Leasing Co. v. Markel American Insurance Company, Appellant |

### FRIDAY, MARCH 8, 2024

| | |
|---|---|
| 22-11153 | United States v. Jeffrey Boone, Jr., Appellant |
| 21-10718 | Joseph Parrott, et al., Appellants v. Douglas W. Neway, et al. |
| 22-12421 | Henry Losch, Appellant v. Experian Information Solutions, Inc. |

ATLANTA, GEORGIA
01/16/24 - #10

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT